United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALL DATA SYNC TECHNOLOGIES LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 15-cv-03066-WHO<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is referred to the Honorable Vince Chhabria for consideration of whether the case is related to *Hall Data Sync Technologies LLC v. Box, Inc.*, 15-cv-03063-VC.

**IT IS SO ORDERED.**

Dated: August 10, 2015

_____
WILLIAM H. ORRICK
United States District Judge